DANIEL G. SWANSON, SBN 116556
   dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:  213.229.7000
Facsimile:  213.229.7520

MARK A. PERRY, SBN 212532
   mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac pending*)
   crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone:  202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MADELEINE LEPESANT and MARIANNE BOYLES, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>  v.<br><br>Apple Inc.,<br><br>            Defendant. | CASE NO. 4:21-cv-8819-YGR<br><br>**DEFENDANT APPLE INC.'S NOTICE OF GOVERNING *PEPPER* ORDER**<br><br>The Honorable Yvonne Gonzalez Rogers |

On October 29, 2019, this Court entered an Order in *In re Apple iPhone Antitrust Litigation* ("*Pepper*"), 11-cv-6714-YGR. *See Pepper* Dkt. 183. That Order (attached hereto as Exhibit A) was entered pursuant to a stipulation between Apple and the *Pepper* plaintiffs (represented by the same counsel as the plaintiffs in the present action). It stated, in relevant part, that as to "[e]ach new case arising out of the subject matter of [*Pepper*] on behalf of any consumer plaintiff that is filed in this Court," Apple "shall not be required to answer, plead, or otherwise move with respect to that complaint," unless the plaintiffs in the new case are "permitted by the Court to use a separate complaint." *Id.* ¶ 4. Such permission is to be granted only if the plaintiffs "file an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application." *Id.*

The present case is brought by the same counsel, seeking to represent the same consumer class, regarding the same subject matter and pursuing the same antitrust claims and relief as the *Pepper* plaintiffs. Indeed, the Court granted a joint stipulation relating this case to *Pepper* on November 17, 2021. *See Lepesant* Dkt. 7. The only substantive difference between this complaint and the operative *Pepper* complaint is a claim under California's Unfair Competition Law (UCL)—the very claim the *Pepper* plaintiffs recently unsuccessfully sought to add to their case. *See Pepper* Dkt. 573.

Because this case "aris[es] out of the subject matter of [*Pepper*]" and is filed on behalf of consumer plaintiffs, it is Apple's understanding that the *Pepper* Order governs. *Pepper* Dkt. 183. On November 23, 2021, counsel for Apple inquired whether Plaintiffs intend to seek permission to proceed under the *Lepesant* complaint, as required by the *Pepper* Order, but to date Plaintiffs have not responded, nor have they filed an application for relief. Accordingly, Apple does not intend to "answer, plead, or otherwise move" in this case unless directed to do so by this Court. *Id.*

Dated:   December 6, 2021                       GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Mark A. Perry*
           Daniel G. Swanson
           Mark A. Perry
           Cynthia E. Richman

Attorneys for Defendant Apple Inc.