GIBSON, DUNN & CRUTCHER LLP
MARK A. PERRY (SBN 212532)
  mperry@gibsondunn.com
CYNTHIA RICHMAN (*pro hac vice pending*)
  crichman@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

GIBSON, DUNN & CRUTCHER LLP
DANIEL G. SWANSON (SBN 116556)
  dswanson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

*Attorneys for Apple Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| MADELEINE LEPESANT and MARIANNE BOYLES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 4:21-cv-08819-YGR<br><br>**NOTICE OF WITHDRAWAL OF MARK A. PERRY**<br><br>Hon. Yvonne Gonzalez Rogers |

| | |
|---|---|
| 1 | **TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:** |
| 2 | PLEASE TAKE NOTICE that Mark A. Perry hereby withdraws as attorney of record for |
| 3 | Defendant Apple Inc. in this action.  Mr. Perry is no longer affiliated with Gibson, Dunn & Crutcher |
| 4 | LLP. |
| 5 | Counsel of record for Apple otherwise remains the same. |

DATED:  May 9, 2022

Formerly of
GIBSON, DUNN & CRUTCHER LLP

By: _____/s/ Mark A. Perry_____
　　　　　Mark A. Perry

*Attorney for Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

    I certify that on May 9, 2022, the foregoing **NOTICE OF WITHDRAWAL** was filed with the Clerk of the Court via CM/ECF. Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing system.

DATED: May 9, 2022

By:    */s/ Mark A. Perry*
           Mark A. Perry

*Attorney for Defendant Apple Inc.*